```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

SANDRA WILSON, ET AL.                    *      CIVIL ACTION
                                         *
VERSUS                                   *      NO. 08-4782
                                         *
RIVER PARISHES MAINTENANCE, INC., ET AL. *      SECTION "B"(4)
```

## ORDER & REASONS

In response to court orders addressing her untimely payment of the filing fee, Plaintiff states "there was no violation of a court order." (Rec. Doc. No. 91 at 4). Plaintiff does acknowledge in the same response that "payment of the filing fee must be done within a reasonable time." *Id*. at 1. Plaintiff's request for pauper status was denied in November 2008. (Rec. Doc. No. 7). Knowing that her co-plaintiffs were granted pauper status to proceed without pre-payment of filing fees, Plaintiff solicited funds from her co-plaintiffs to pay, in part, Plaintiff's filing fees. Unknown is how or why that was done as no legal authority exists for such solicitation. Failing that and coupled with, in Plaintiff's words "memories hazy . . . payment ball dropped", Plaintiff eventually paid the filing fee in March 2009 – four months after the November 2008 Order that essentially required her to pay filing fees. Plaintiff's actions here were unreasonable and contumacious.

Plaintiff correctly states that the fee issues and related events thereafter are collateral to her main claim. However, Plaintiff fails to realize that her neglect to timely pay filing

fees created the collateral consequences, including pleadings by her opponent and subsequent Court actions to enforce Orders of the Court.

While cognizant of the authority to dismiss a claim or defense for contumacious and untimely compliance with Court Orders, *see e.g. Truitt v. County of Wayne*, 148 F.3d 644, 647 (6th Cir.1998), we elected to consider lesser sanctions, invited parties' responses, received oral argument, and directed even more responses thereafter on entitlement and relief issues. *Cf Wren*, 575 F.2d 544 (5th Cir.1978); *Lowery*, 953 F.Supp. 151, 153 (E.D. TX. 1997).

Considering the entire record, this Court cannot ignore Plaintiff's four month period of non-compliance with the November 2008 Order. For previously assigned reasons as well as now,

**IT IS ORDERED** that Plaintiff shall pay, as sanctions for contumacious and untimely compliance with court order, the sum of one-thousand dollars ($1,000.00), representing reasonable fees and costs associated with Defendants' motion for fees/costs and motion seeking sanction of dismissal. **Compliance with this Order is due no later than January 20, 2011; non-compliance may lead to further sanctions, including dismissal**.

New Orleans, Louisiana, this 4TH day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE